| | |
|---|---|
| 1 | MICHAEL D. BRUNO (SBN: 166805) |
| | BRIAN P. MASCHLER (SBN: 111824) |
| 2 | MARCIE S. ISOM (SBN: 226906) |
| | GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 5 | |
| | Attorneys for Defendants |
| 6 | WELLS FARGO BANK, NATIONAL |
| | ASSOCIATION, and WELLS FARGO & |
| 7 | COMPANY |
| 8 | WEINBERG-HOFFMAN, LLP |
| | JOSEPH HOFFMAN (SBN: 114020) |
| 9 | 679 Bridgeway |
| | Sausalito, CA 94965 |
| 10 | Telephone: (415) 289-0243 |
| | Facsimile: (415) 289-0240 |
| 11 | |
| | EMPLOYMENT LAW ADVOCATES |
| 12 | A Professional Corporation |
| | RICHARD C. RYBICKI (SBN: 160096) |
| 13 | PATRICK B. SUTTON (SBN: 223186) |
| | DEIRDRE BOURDET (SBN: 239043) |
| 14 | 975-B First Street |
| | Napa, CA 94559 |
| 15 | Telephone: (707) 222-6361 |
| | Facsimile: (707) 222-6383 |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | LIN-CHI WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIN-CHI WANG, an individual, on behalf of herself and all others similarly situated, | ) ) ) | CASE NO. 3:09-cv-03074 |
| Plaintiff, | ) ) ) | STIPULATION AND ~~REQUEST FOR~~ ORDER CONTINUING PLAINTIFF'S MOTION FOR |
| vs. | ) ) | CONDITIONAL COLLECTIVE CLASS CERTIFICATION AND |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a national association, WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive | ) ) ) ) ) | INITIAL CASE MANAGEMENT CONFERENCE |
| Defendants. | ) | |

-1-

STIPULATION AND REQUEST FOR ORDER

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby stipulate as follows and request the following relief from the Court:

(1) Plaintiff agrees to Defendants' request to continue the October 22, 2009 hearing date for her Motion for Conditional Collective Class Certification and Notice by one week to <u>October 29, 2009</u>.

(2) The parties respectfully request that the Court set the motion hearing and continue the October 15, 2009 initial Case Management Conference to <u>October 29, 2009</u>, such that the Case Management Conference be scheduled on the same day as Plaintiff's Motion for Conditional Collective Class Certification.

Respectfully submitted,

| | |
|---|---|
| Dated: September 23, 2009 | Dated: September 23, 2009 |
| EMPLOYMENT LAW ADVOCATES<br>A Professional Corporation<br>Richard C. Rybicki<br>Patrick B. Sutton | GORDON & REES, LLP<br>Michael D. Bruno<br>Brian P. Maschler<br>Marcie S. Isom |
| By: /s/ Richard R. Rybicki<br><br>Richard R. Rybicki<br>Attorneys For Plaintiff, LIN- CHI WANG | By: /s/ Brian P. Maschler<br><br>Brian P. Maschler<br>Attorneys for Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO & COMPANY |

**IT IS SO ORDERED.**

DATED: September 25, 2009.

Hon. William Alsup
United States District Judge

APPROVED
Judge William Alsup